# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Christopher R. | U.S. District Court for the District of Columbia | 10/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

333 Constitution Ave. NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | 1208 Broad Street LLC |
| 2. Director | Christian Benevolent Funeral Home, Inc. |
| 3. Trustee | St. Albans School |
| 4. Director | Federal Judges Association |
| 5. Board of Directors/Trustee | Trinity Preparatory School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Trinity Preparatory School | January 15-16, 2019 | Winter Park, FL | Board Meeting | Transportation |
| 2. | Trinity Preparatory School | November 15-17, 2019 | Winter Park, FL | Board Meeting | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. TADS | Tuition | K |
| 2. Smart Tuition | Tuition | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  NatWest Bank Current Account (cash) | | None | J | T | | | | | |
| 3.  Commonwealth National Bank stock | | None | N | U | | | | | |
| 4.  BROKERAGE #1 (H) | | | | | | | | | |
| 5.  Wells Fargo Deposit Account (cash) | A | Interest | J | T | | | | | |
| 6.  Abbott (ABT) | A | Dividend | J | T | | | | | |
| 7.  Accenture (ACN) | A | Dividend | J | T | | | | | |
| 8.  Aflac (AFL) | A | Dividend | J | T | | | | | |
| 9.  Air Products & Chemicals (APD) | A | Dividend | J | T | | | | | |
| 10.  Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 11.  Analog Devices (ADI) | A | Dividend | J | T | | | | | |
| 12.  Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 13.  AT&T (T) | A | Dividend | J | T | | | | | |
| 14.  ADP (ADP) | A | Dividend | J | T | | | | | |
| 15.  Becton Dickinson (BDX) | A | Dividend | J | T | | | | | |
| 16.  Blackrock (BLK) | A | Dividend | J | T | | | | | |
| 17.  Chevron (CVX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Chubb (CB) | A | Dividend | J | T | | | | | |
| 19.   Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 20.   Clorox (CLX) | A | Dividend | J | T | | | | | |
| 21.   Colgate Palmolive (CL) | A | Dividend | J | T | | | | | |
| 22.   Comcast Corp (CMCSA) | | None | J | T | Buy | 12/12/19 | J | | |
| 23.   Eaton Vance (EV) | A | Dividend | J | T | | | | | |
| 24.   Emerson Electric (EMR) | A | Dividend | J | T | | | | | |
| 25.   Eversource Energy (ES) | A | Dividend | J | T | | | | | |
| 26.   ExxonMobil (XOM) | A | Dividend | J | T | | | | | |
| 27.   Factset Research (FDS) | A | Dividend | J | T | | | | | |
| 28.   General Dynamics (GD) | A | Dividend | J | T | | | | | |
| 29.   Illinois Tool Works (ITW) | A | Dividend | J | T | | | | | |
| 30.   Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 31.   JP Morgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 32.   Linde PLC (LIN) | A | Dividend | J | T | | | | | |
| 33.   Lowes Companies (LOW) | A | Dividend | J | T | | | | | |
| 34.   L3Harris Technologies (LHX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 36. Medtronic (MDT) | A | Dividend | J | T | | | | | |
| 37. Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 38. Nextera Energy (NEE) | A | Dividend | J | T | | | | | |
| 39. Nike (NKE) | A | Dividend | J | T | | | | | |
| 40. Norfolk Southern (NSC) | A | Dividend | J | T | | | | | |
| 41. Novartis (NVS) | A | Dividend | J | T | | | | | |
| 42. Paychex Inc (PAYX) | A | Dividend | J | T | | | | | |
| 43. PepsiCo (PEP) | A | Dividend | J | T | | | | | |
| 44. Phillips 66 (PSX) | A | Dividend | J | T | Sold<br>(part) | 06/20/19 | J | | |
| 45. Polaris Indus. (PII) | A | Dividend | J | T | | | | | |
| 46. P&G (PG) | A | Dividend | J | T | | | | | |
| 47. Sysco Corp. (SYY) | A | Dividend | J | T | | | | | |
| 48. Target (TGT) | A | Dividend | J | T | | | | | |
| 49. United Technologies (UTX) | A | Dividend | J | T | | | | | |
| 50. US Bancorp New (USB) | A | Dividend | J | T | | | | | |
| 51. VF Corp. (VFC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Wal-Mart (WMT) | A | Dividend | J | T | | | | | |
| 53. Wisconsin Energy (WEC) | A | Dividend | J | T | | | | | |
| 54. 3M (MMM) | A | Dividend | J | T | | | | | |
| 55. BROKERAGE #2 (H) | | | | | | | | | |
| 56. Wells Fargo Cash Management and Sweep (cash) | A | Interest | J | T | | | | | |
| 57. Amn Healthcare Services Inc (AMN) | | None | K | T | Buy (add'l) | 10/21/19 | J | | |
| 58. Ansys Inc. (ANSS) | | None | J | T | | | | | |
| 59. Aspen Technology (AZPN) | | None | K | T | | | | | |
| 60. Berkeley WR Corp (WRB) | A | Dividend | K | T | | | | | |
| 61. CDW Corp. (CDW) | A | Dividend | K | T | | | | | |
| 62. Charles River Laboratories (CRL) | | None | K | T | Buy (add'l) | 07/01/19 | J | | |
| 63. Cheescake Factory (CAKE) | A | Dividend | | | Sold (part) | 08/23/19 | J | | |
| 64. | | | | | Sold | 08/26/19 | J | | |
| 65. Cooper Cos (COO) | A | Dividend | K | T | Sold (part) | 08/08/19 | J | | |
| 66. Copart Inc (CPRT) | | None | K | T | | | | | |
| 67. Docusign Inc (DOCU) | | None | K | T | Buy (add'l) | 08/08/19 | J | | |
| 68. | | | | | Buy (add'l) | 08/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Elanco Animal Health Inc (ELAN) | | None | J | T | | | | | |
| 70. Expeditors Intl. (EXPD) | A | Dividend | K | T | | | | | |
| 71. Fair Isaac Inc (FICO) | | None | J | T | Buy | 10/17/19 | J | | |
| 72. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 73. Flir Systems Inc (FLIR) | A | Dividend | K | T | Buy (add'l) | 06/27/19 | J | | |
| 74. Interactive Brokers Grp (IBKR) | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 75. | | | | | Buy (add'l) | 01/03/19 | J | | |
| 76. Jack Henry & Assoc. (JKHY) | A | Dividend | K | T | | | | | |
| 77. Lennox International (LII) | A | Dividend | K | T | | | | | |
| 78. MSCI Inc. (MSCI) | A | Dividend | K | T | | | | | |
| 79. Nordson Corp. (NDSN) | A | Dividend | K | T | | | | | |
| 80. nVent Electric PLC (NVT) | A | Dividend | J | T | Buy | 04/18/19 | J | | |
| 81. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 82. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 83. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 84. Pool Corp (POOL) | A | Dividend | K | T | | | | | |
| 85. Primerica (PRI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. RBC Bearings (ROLL) | | None | K | T | | | | | |
| 87. Rollins Inc (ROL) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 88. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 89. Scotts Miracle-Gro Co (SMG) | A | Dividend | K | T | | | | | |
| 90. Signature Bank NY (SBNY) | A | Dividend | | | Sold (part) | 09/03/19 | J | | |
| 91. | | | | | Sold (part) | 09/04/19 | J | | |
| 92. | | | | | Sold | 09/05/19 | J | | |
| 93. Siteone Landscape Supply (SITE) | | None | K | T | | | | | |
| 94. Snap-On Inc (SNA) | A | Dividend | | | Sold | 07/01/19 | K | | |
| 95. Teradyne (TER) | A | Dividend | K | T | Sold (part) | 10/18/19 | J | | |
| 96. Thor Industries (THO) | A | Dividend | K | T | Buy (add'l) | 10/24/19 | J | | |
| 97. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 98. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 99. Tractor Supply Co (TSCO) | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 100. Wabco Holdings (WBC) | | None | | | Sold (part) | 04/16/19 | K | | |
| 101. | | | | | Sold | 04/17/19 | J | | |
| 102. Zebra Technologies (ZBRA) | | None | K | T | Buy | 07/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 105. BROKERAGE # 3 (H) | | | | | | | | | |
| 106. Wells Fargo (cash) (X) | A | Int./Div. | J | T | | | | | |
| 107. Amazon (AMZN) | | None | M | T | | | | | |
| 108. American Express (AXP) | A | Dividend | K | T | | | | | |
| 109. Ameriprise (AMP) | A | Dividend | J | T | | | | | |
| 110. Cisco (CSCO) | B | Dividend | K | T | | | | | |
| 111. Coca-Cola Company (KO) | A | Dividend | K | T | | | | | |
| 112. Eli Lilly (LLY) | A | Dividend | J | T | | | | | |
| 113. F5 Networks (FFIV) | | None | | | Sold | 06/27/19 | K | D | |
| 114. GE (GE) | A | Dividend | J | T | | | | | |
| 115. Intel (INTC) | B | Dividend | L | T | | | | | |
| 116. Invesco QQQ TR (QQQ) | A | Dividend | L | T | Sold<br>(part) | 06/27/19 | L | F | |
| 117. iShares MSCI Brazil ETF (EWZ) | A | Dividend | | | Sold | 06/27/19 | J | D | |
| 118. iShares MSCI Japan ETF (EWJ) | A | Dividend | | | Sold | 06/27/19 | K | D | |
| 119. iShares MSCI Russell 2000 ETF (IWM) | A | Dividend | K | T | Sold<br>(part) | 06/27/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  iShares MSCI Russell MidCap ETF (IWR) | A | Dividend | L | T | Sold (part) | 06/27/19 | K | E | |
| 121.  Marathon Petroleum Corp (MPC) | B | Dividend | K | T | | | | | |
| 122.  Microsoft (MSFT) | B | Dividend | M | T | | | | | |
| 123.  SPDR Dow Jones Ind. ETF (DIA) | A | Dividend | J | T | Sold (part) | 06/27/19 | J | D | |
| 124.  SPDR S&P 500 ETF (SPY) | B | Dividend | L | T | Sold (part) | 06/27/19 | L | E | |
| 125.  Walker & Dunlop (WD) | B | Dividend | L | T | | | | | |
| 126.  Waste Management (WM) | A | Dividend | K | T | | | | | |
| 127.  BROKERAGE #4 (H) | | | | | | | | | |
| 128.  UBS Bank USA Deposit Acct. (cash) | A | Interest | K | T | | | | | |
| 129.  Abbott Labs (ABT) | | None | K | T | Buy | 11/04/19 | J | | |
| 130. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 131.  Accenture PLC (ACN) | A | Dividend | K | T | | | | | |
| 132.  Adobe Systems Inc (ADBE) | | None | K | T | Buy | 01/02/19 | J | | |
| 133.  Align Technology (ALGN) | | None | K | T | Buy (add'l) | 03/06/19 | J | | |
| 134.  Alphabet Inc Cl A (GOOGL) | | None | K | T | | | | | |
| 135.  Alphabet Inc Cl C (GOOG) | | None | L | T | Buy (add'l) | 06/06/19 | J | | |
| 136.  Automatic Data Processing (ADP) | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/18/19 | J | B | |
| 138. | | | | | Sold (part) | 05/22/19 | J | C | |
| 139.  Booking Hldgs Inc (BKNG) | | None | J | T | | | | | |
| 140.  Dollar General Corp (DG) | A | Dividend | K | T | Sold (part) | 05/22/19 | J | C | |
| 141.  Facebook Inc Cl A (FB) | | None | K | T | Buy (add'l) | 06/06/19 | J | | |
| 142. | | | | | Sold (part) | 11/11/19 | J | B | |
| 143.  Gartner Inc (IT) | | None | K | T | | | | | |
| 144.  Mastercard Inc (MA) | A | Dividend | K | T | Buy (add'l) | 04/17/19 | J | | |
| 145.  Microsoft Inc (MSFT) | A | Dividend | L | T | Buy (add'l) | 04/17/19 | J | | |
| 146. | | | | | Sold (part) | 11/19/19 | J | C | |
| 147.  MSCI Inc. (MSCI) | A | Dividend | K | T | Buy | 08/14/19 | J | | |
| 148. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 149.  Nestle SA Spon ADR (NSRGY) | A | Dividend | K | T | | | | | |
| 150.  Nike Inc Cl B (NKE) | A | Dividend | K | T | Sold (part) | 05/08/19 | J | B | |
| 151.  NVIDIA Corp (NVDA) | | None | | | Sold | 03/01/19 | J | A | |
| 152.  O Reilly Automotive (ORLY) | | None | K | T | Buy (add'l) | 01/02/19 | J | | |
| 153. | | | | | Sold (part) | 01/08/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 04/17/19 | J | C | |
| 155. Oracle Corp (ORCL) | A | Dividend | | | Sold | 11/01/19 | K | D | |
| 156. PayPal Holdings Inc (PYPL) | | None | K | T | Buy | 03/01/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 01/08/19 | J | | |
| 158. Regeneron Pharmaceuticals (REGN) | | None | K | T | | | | | |
| 159. Salesforce.com (CRM) | | None | J | T | Buy | 11/07/19 | J | | |
| 160. Servicenow Inc (NOW) | | None | K | T | Buy | 11/21/19 | K | | |
| 161. Starbucks Corp (SBUX) | A | Dividend | K | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 162. | | | | | Sold<br>(part) | 04/17/19 | J | B | |
| 163. | | | | | Sold<br>(part) | 08/13/19 | J | D | |
| 164. Visa Inc Cl A (V) | A | Dividend | L | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 165. Zoetis Inc (ZTS) | A | Dividend | K | T | | | | | |
| 166. First TR North American Energy (EMLP) | B | Dividend | K | T | | | | | |
| 167. iShares Edge MSCI Min Vol USA (USMV) | C | Dividend | M | T | | | | | |
| 168. iShares MSCI India (INDA) | A | Dividend | | | Sold | 07/15/19 | K | | |
| 169. iShares Core MSCI Emerging Mkts (IEMG) | B | Dividend | K | T | Sold<br>(part) | 07/15/19 | K | C | |
| 170. SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Vanguard Value ETF (VTV) | C | Dividend | M | T | Sold<br>(part) | 07/15/19 | K | C | |
| 172. Diamond Hill Large Cap (DHLRX) | C | Dividend | L | T | | | | | |
| 173. Harding Loevner Intl Equity (HLMIX) | D | Dividend | N | T | | | | | |
| 174. Matthews Asia Dividend (MAPIX) | A | Dividend | | | Sold | 07/12/19 | L | B | |
| 175. Virtus Kar Small-Cap Core Fund (PKSFX) | D | Dividend | N | T | | | | | |
| 176. WCM Focusted Intl Growth (WCMIX) | A | Dividend | M | T | | | | | |
| 177. FL State Brd Ed Pub Ed Sr A (34153PYX0) | A | Interest | | | Redeemed | 06/03/19 | K | | |
| 178. Oklahoma Cap Imp Auth St (678514BD1) | A | Interest | | | Redeemed | 07/01/19 | K | | |
| 179. Los Angeles CA Hbr Ami Sa A Rv (544552VC3) | A | Interest | K | T | | | | | |
| 180. WI St Health & Ed Sr B (97710B4L3) | A | Interest | K | T | | | | | |
| 181. CA Infrastructure 2017 (13034ART9) | A | Interest | K | T | | | | | |
| 182. Grossmont CA Healthca Re Sr (399223BV7) | A | Interest | K | T | | | | | |
| 183. Walnut Valley CA USD (932889UP1) | A | Interest | K | T | | | | | |
| 184. AR St Water & Waste (041042VC3) | B | Interest | L | T | | | | | |
| 185. Columbus OH (199492VF3) | A | Interest | J | T | | | | | |
| 186. Washington Subn San Dist (940157WQ9) | B | Interest | K | T | | | | | |
| 187. Chandler AZ Gen Oblig (158843WN8) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Fairfax Cnty VA For Prev Sr (B30382ACG5) | B | Interest | L | T | | | | | |
| 189.  Chesterfield Co VA Wtr & RV (166409GE6) | B | Interest | L | T | | | | | |
| 190.  MO St Hwy Trans Sr A Rv (60636WRK3) | B | Interest | L | T | | | | | |
| 191.  Dallas Ft Worth TX In Amt Sr (235036D49) | A | Interest | K | T | | | | | |
| 192.  Prince Georges Cnty Md S B Be/R/5 (741701489) | A | Interest | J | T | | | | | |
| 193.  NY St Dorm Auth Sr A Rv (64990CQD6) | B | Interest | L | T | | | | | |
| 194.  Met Govt Nashville & David (592112RM0) | A | Interest | K | T | Buy | 06/06/19 | K | | |
| 195.  Honolulu HI City Cnty-B (438701H31) | B | Interest | K | T | | | | | |
| 196.  Kansas St Dept Transn (485424SF3) | A | Interest | J | T | | | | | |
| 197.  North Tex TWY Auth Rev (66285WZL3) | | None | J | T | Buy | 08/15/19 | J | | |
| 198.  Washington St For Issues (93974D2G2) | A | Interest | J | T | Buy | 06/06/19 | J | | |
| 199.  University KY Gen RCPTS (914378MB7) | A | Interest | K | T | Buy | 07/05/19 | L | | |
| 200.  Washington St Health Car Sr B (93978HGE9) | A | Interest | K | T | | | | | |
| 201.  Guggenheim Macro Oppy. Fund (GIOIX) | A | Dividend | | | Sold | 07/12/19 | L | | |
| 202.  Vanguard High Yield Tax Exempt Fd Adm (VWALX) | D | Dividend | M | T | | | | | |
| 203.  BROKERAGE #5 (H) | | | | | | | | | |
| 204.  UBS Bank Deposit Acct (cash) (Y) | | | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. BROKERAGE #6 (H) | | | | | | | | | |
| 206. Credit Suisse Fl. Rate High Income Fund A (CHIAX) | C | Dividend | M | T | | | | | |
| 207. IRA #1 (H) | | | | | | | | | |
| 208. UBS Bank USA Dep Acct (cash) | A | Interest | K | T | | | | | |
| 209. iShares S&P SmallCap 600 (IJT) | A | Dividend | K | T | Buy (add'l) | 05/31/19 | J | | |
| 210. iShares Core MSCI EAFE (IEFA) | C | Dividend | L | T | Buy (add'l) | 05/31/19 | K | | |
| 211. SPDR S&P 500 ETF (SPY) | B | Dividend | | | Sold | 05/31/19 | M | E | |
| 212. AQR U.S. Defense Equity Fund Class 1 (AUEIX) | A | Dividend | L | T | Buy (add'l) | 05/30/19 | J | | |
| 213. Brown Advisory Sm Cap Val (BAUUX) | A | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 214. Cambiar Intl Equity Instl (CAMYX) | C | Dividend | L | T | Buy (add'l) | 05/30/19 | J | | |
| 215. Causeway Emerg Mkts (CEMIX) | | None | K | T | Buy (add'l) | 05/30/19 | J | | |
| 216. Clearbridge Large Cap Growth Fund Class 1 (SBLYX) | B | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 217. Harding Loevner Intl Equity (HLMIX) | B | Dividend | L | T | Buy (add'l) | 05/30/19 | J | | |
| 218. Hartford Schroeders Emerging Mkts Equity Fund Class 1 (SEMNX) | B | Dividend | L | T | Buy (add'l) | 05/30/19 | J | | |
| 219. JP Morgan Large Cap Growth Cl I (SEEGX) | D | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 220. LSV Value Equity Fund Class NL (LSVEX) | C | Dividend | L | T | Buy (add'l) | 05/31/19 | J | | |
| 221. T Rowe Price Global Tech Fund (PRGTX) | | None | | | Sold | 05/30/19 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Hartford Midcap Fund I (HFMIX) | B | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 223. Transamerica Midcap Value Opps Fd (MVTIX) | B | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 224. iShares US Treasury Bond ETF (GOVT) | B | Dividend | L | T | Buy (add'l) | 05/31/19 | J | | |
| 225. Pimco Enhanced Short Mat Active Exchange-Traded Fd (MINT) | A | Dividend | K | T | Sold (part) | 05/31/19 | J | A | |
| 226. SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | K | T | | | | | |
| 227. Ashmore Emerging Markets Total Return Fund Class 1 (EMKIX) | A | Dividend | K | T | Buy | 05/30/19 | K | | |
| 228. Lord Abbett High Yield Fund (LHYFX) | B | Dividend | K | T | Buy | 05/30/19 | K | | |
| 229. Pimco Invest Grade Credit Bond (PBDPX) | C | Dividend | M | T | Buy (add'l) | 05/30/19 | L | | |
| 230. IRA #2 (H) | | | | | | | | | |
| 231. Wells Fargo Bank Deposit Acct. (cash) | A | Interest | M | T | | | | | |
| 232. Carillon Ser Tr Eagle Mid Cap Growth (HAGIX) | B | Dividend | L | T | | | | | |
| 233. American Funds Growth Fund of America Cl F2 (GFFFX) | D | Dividend | M | T | | | | | |
| 234. American Funds New World Fund Cl F2 (NFFFX) | C | Dividend | L | T | | | | | |
| 235. American Funds Washington Mutual Fd F2 (WMFFX) | D | Dividend | M | T | | | | | |
| 236. Legg Mason Funds Clearbridge Small Cap Fund Class 1 (LMNSX) | B | Dividend | L | T | | | | | |
| 237. American Funds Europacific Growth Fund Class F-2 (AEPFX) | B | Dividend | L | T | | | | | |
| 238. PGIM Total Return Bond Class Z (PDBZX) | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. PGIM Absolute Return Bond Class Z (PADZX) | E | Dividend | N | T | | | | | |
| 240. PGIM Core Bond Cl Z (TAIBX) | B | Dividend | M | T | Buy | 07/30/19 | M | | |
| 241. Teton Westwood Equity Mighty Mites Fund Class 1 (WEIMX) | C | Dividend | L | T | | | | | |
| 242. 401K #1 (H) | | | | | | | | | |
| 243. Dodge & Cox Stock Fund (DODGX) | A | Dividend | | | Sold | 06/19/19 | K | | |
| 244. Janus Enterprise N (JDMNX) | A | Dividend | | | Sold | 06/19/19 | L | | |
| 245. T Rowe Price QM US Small Cap Gr (PRDSX) | A | Dividend | | | Sold | 06/19/19 | K | | |
| 246. Lazard Emerging Markets Equity Fund (LZEMX) | A | Dividend | | | Sold | 06/19/19 | K | | |
| 247. Virtus Real Estate Sec. R6 Fund (VRREX) | A | Dividend | | | Sold | 06/19/19 | K | | |
| 248. College Savings Plan (H) | | | | | | | | | |
| 249. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 250. DC College Savings Plan – Calvert Equity Portfolio | | None | K | T | | | | | |
| 251. DC College Savings Plan – Calvert Balanced Portfolio | | None | J | T | | | | | |
| 252. DC College Savings Plan – State Street Equity 500 Index | | None | K | T | | | | | |
| 253. Misc Holdings (H) | | | | | | | | | |
| 254. Christian Benevolent Funeral Home stock | | None | O | U | | | | | |
| 255. 1208 Broad Street LLC (LLC interest) | D | Distribution | L | U | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 10/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Name change: Harris Corp (HRS) is now L3Harris Technologies (LHX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher R. Cooper**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544